IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-168-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO UNSEAL INDICTMENT |
| | ) | AS TO CERTAIN DEFENDANTS |
| CALVIN ROOSEVELT JOHNSON, JR. | ) | |
| et al. | ) | |

Upon motion of the government, the previously requested Indictment in the above captioned matter are hereby ORDERED unsealed as to defendant CALVIN ROOSEVELT JOHNSON, JR. only.

This the 28th day of April 2020.

_____
MALCOLM J. HOWARD
Senior United States District Judge